619 A.2d 232

JOSHUA JACKSON, PLAINTIFF–RESPONDENT, v. LORRAINE FARRION AND/OR JOHN DOE (A FICTITIOUS NAME) UNSATISFIED CLAIM AND JUDGMENT FUND BOARD, DEFENDANT–RESPONDENT, NEW JERSEY AUTOMOBILE FULL INSURANCE UNDERWRITING ASSOC., SERVICED BY ELECTRONIC DATA SYSTEMS CORP., DEFENDANT–APPELLANT, AND SAMUEL F. FORTUNATO, COMMISSIONER OF INSURANCE FOR THE STATE OF NEW JERSEY, DEFENDANT–RESPONDENT.

Superior Court of New Jersey
Appellate Division

Submitted December 2, 1992—Decided December 28, 1992.

Before Judges KING, BRODY and LANDAU.

*Edward P. Papalia, Jr.,* attorney for appellant (*Cindy L. Thompson,* on the letter brief).

*De Sevo, Cerutti & Lombardi,* attorneys for respondents Unsatisfied Claim and Judgment Fund and Commissioner of Insurance (*Floyd F. Lombardi,* on the brief).

*Blume, Vazquez, Goldfaden, Berkowitz & Donnelly,* attorneys for respondent New Jersey Automobile Full Insurance Underwriting Association (*Peter J. Vazquez,* on the letter brief).

PER CURIAM.

The judgment of the Law Division is affirmed for the reasons given by Judge Margulies at 261 *N.J.Super.* 481, 619 *A.*2d 268 (Law Div.1992). *See also New Jersey Mfr. Ins. Co. v. Griffin,* 253 *N.J.Super.* 173, 601 *A.*2d 261 (Law Div.1991).